**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MAZZEO UNUM,**

               **Plaintiff,**                              **1:11-cv-983**
                                                 **(GLS/RFT)**

            **v.**

**SOCIAL SECURITY**
**ADMINISTRATION et al.**,

               **Defendants**
_____

**APPEARANCES:**                          **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Mazzeo Unum
Pro Se
25-30 South Swan Street
Albany, NY 12022

**FOR THE DEFENDANTS**
NO APPEARANCES

**Gary L. Sharpe**
**District Court Judge**

## MEMORANDUM-DECISION AND ORDER

### I. Introduction

Plaintiff *pro se* Mazzeo Unum[1] brings this action under 42 U.S.C. §

1983, alleging his constitutional rights were violated by defendants Social

---

[1] The Clerk is directed to correct the plaintiff's name in accordance with Judge Treece's Report-Recommendation and Order (R&R). (*See* R&R at 1 n.1, Dkt. No. 4.)

Security Administration, New York State Division of Human Rights, State of New York Commission on Judicial Conduct, and the United States Department of Housing and Urban Development.  (*See* Am. Compl., Dkt. No. 7.)  In a Report-Recommendation and Order (R&R) filed October 4, 2011, Magistrate Judge Randolph F. Treece recommended that plaintiff's Complaint be dismissed.[2]  (*See generally* R&R, Dkt. No. 4.)  Although afforded the opportunity to do so, plaintiff failed to file objections to the R&R; however, in lieu of objections, plaintiff filed a new application to proceed *In Forma Pauperis* (IFP)[3] and an Amended Complaint.  (Dkt. Nos. 6, 7.)  For the reasons that follow, the R&R is adopted in its entirety, plaintiff's motion to proceed IFP is granted, and his Amended Complaint is dismissed.

## II.  Standard of Review

Before entering final judgment, this court routinely reviews all report and recommendation orders in cases it has referred to a magistrate judge.  If a party has objected to specific elements of the magistrate judge's

---

[2]  The Clerk is directed to append the R&R to this decision, and familiarity therewith is presumed.

[3]  The plaintiff's new application to proceed IFP is complete and cures the errors addressed in the R&R.  As such, plaintiff's motion to proceed IFP (Dkt. No. 6) is granted.

2

findings and recommendations, this court reviews those findings and recommendations *de novo*.  *See Almonte v. N.Y. State Div. of Parole*, No. 04-cv-484, 2006 WL 149049, at *6-7 (N.D.N.Y. Jan. 18, 2006).  In those cases where no party has filed an objection, or only a vague or general objection has been filed, this court reviews the findings and recommendations of the magistrate judge for clear error.  *See id.*

### III.  Discussion

As a threshold matter, the court notes that plaintiff did not file any objections to the R&R.  Having found no clear error in the R&R, the court accepts and adopts Judge Treece's R&R in its entirety.  Moreover, while the R&R discussed the failure of the plaintiff's Complaint, the Amended Complaint is similarly flawed.  (*See* Dkt. No. 7.)  Even with the liberal construction afforded to plaintiff as a *pro se* litigant, the Amended Complaint contains no factual allegations, and merely attempts to incorporate by reference the claims alleged in a previous case, 09-cv-1420, dismissed by Judge Kahn in March 2010.  (*See* Am. Compl., Dkt. No. 7.)  Because the Amended Complaint fails to not only comply with Federal Rules of Civil Procedure 8 and 10, but also is devoid of a cognizable claim under 42 U.S.C. § 1983, it is dismissed.

3

## IV. Conclusion

**WHEREFORE**, for the foregoing reasons, it is hereby

**ORDERED** that Magistrate Judge Randolph F. Treece's October 4, 2011 Report-Recommendation and Order (Dkt. No. 4) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's motion to proceed with this action *In Forma Pauperis* (Dkt. No. 6) is **GRANTED**; and it is further

**ORDERED** that plaintiff's Amended Complaint (Dkt. No. 7) is **DISMISSED**; and it is further

**ORDERED** that the Clerk close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Memorandum-Decision and Order to the parties by mail and certified mail.

**IT IS SO ORDERED.**

November 8, 2011
Albany, New York

_____
Gary L. Sharpe
U.S. District Judge